UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE : | |
| : | **Civil No. 3:02-CV 1649 (GLG)** |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| THE NORWICH ROMAN CATHOLIC : | |
| DIOCESAN CORPORATION, : | |
| ST. COLUMBA CHURCH and : | |
| PATRICK J. SULLIVAN : | |
| : | |
| Defendants : | OCTOBER 30, 2003 |

## MOTION TO DISMISS

The defendant, St. Columba Church, hereby moves the court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the plaintiff's Second Amended Complaint dated July 31, 2003 as follows:

1. The Seventh Count claiming vicarious liability under the doctrine of *respondeat superior*, fails to state a claim upon which relief can be granted for the reason that, as a matter of law, the alleged perpetrator priest was not acting within the scope of his employment and in furtherance of his employer's business when he engaged in the conduct alleged.

**ORAL ARGUMENT IS REQUESTED**

2. The Tenth Count, claiming breach of fiduciary duty, should be dismissed for the reason that it fails to state a cause of action for breach of fiduciary duty because it does not sufficiently allege the existence of a fiduciary relationship in that it fails to allege that the church sponsored a special relationship between the plaintiff and Sullivan.

A Memorandum of Law is submitted herewith.

**DEFENDANT, St. Columba Church**

**BY**_____
**Lorinda S. Coon**
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(860) 527-1141
Fed Bar # ct 06433

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on October 30, 2003 to:

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Michael E. Driscoll, Esq.
Brown Jacobson, P.C.
22 Courthouse Square
P. O. Box 391
Norwich, CT 06360

Daniel M. McCabe, Esq.
1200 Summer Street
Stamford, CT 06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

**Lorinda S. Coon**