FILED
Nov 21  2 30 PM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE | CIVIL NO. 3:02 CV 1649 (GLG) |
| Plaintiff | |
| vs. | |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, ST. COLUMBA CHURCH AND PATRICK J. SULLIVAN | |
| Defendants. | NOVEMBER 20, 2003 |

### MOTION TO DISMISS COUNTS SEVEN AND TEN OF PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the defendant the Norwich Roman Catholic Diocesan Corporation ("the Diocese") hereby moves this Court to dismiss Counts Seven and Ten of Plaintiff's Second Amended Complaint dated July 31, 2003. On November 3, 2003, co-defendant, St. Columba Church ("St. Columba"), filed a Motion to Dismiss in this matter. The Diocese hereby adopts the arguments set forth in support of St. Columba's Motion as enumerated in St. Columba's Memorandum in Support of Motion to Dismiss dated October 30, 2003.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

### BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321

Accordingly, the Diocese hereby asserts and incorporates said arguments on its own behalf and to the same extent set forth in St. Columba's Memorandum as support for this Motion.

THE DEFENDANT, NORWICH
ROMAN CATHOLIC DIOCESAN
CORPORATION,

By: _____
Michael E. Driscoll
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
(860) 889-3321
(860) 886-0673 (fax)
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all pro se parties and counsel of record on this Thursday, November 20, 2003, as follows:

| | | |
|---|---|---|
| Sandra L. Snaden, Esq. | John W. Sitarz, Esq. | Daniel M. McCabe, Esq. |
| Santos & Seeley, P.C. | Lorinda S. Coon, Esq. | McCabe & Petrucci, LLC |
| 51 Russ Street | Cooney, Scully & Dowling | 1200 Summer Street |
| Hartford, CT 06106-1566 | Hartford Square North | Stamford, CT 06905 |
| | 10 Columbus Boulevard | |
| | Hartford, CT 06106 | |

_____
Michael E. Driscoll