FILED
Nov 19  9 39 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION NO. |
| Plaintiff | : | 302cv1649 (GLG) |
| | : | |
| V. | : | |
| | : | |
| THE NORWICH ROMAN CATHOLIC | : | |
| DIOCESAN CORPORATION, ET AL. | : | |
| Defendants | : | NOVEMBER 18, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the Plaintiff, Jane Doe, hereby requests an extension of time of two weeks, until December 4, 2003, within which to respond to the Defendant St. Columba Church's Motion to Dismiss dated October 30, 2003 and filed with the court on October 31, 2003. The requested extension is necessary in order to provide the Plaintiff with an adequate opportunity to assess the Defendant's motion and respond appropriately thereto.

The undersigned has inquired with counsel for St. Columba Church, Lorinda S. Coon, and she has no objection to the instant request. This is the first Motion for Enlargement of Time filed by the Plaintiff with regard to this particular Motion to Dismiss.

Wherefore, for the foregoing reasons, the Plaintiff respectfully requests an extension of time until December 4, 2003 to file a response to St. Columba Church's Motion to Dismiss.

Motion GRANTED on consent.
11/24/03: