

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION NO. |
|     Plaintiff | : | 302cv1649 (GLG) |
| | : | |
| V. | : | |
| | : | |
| THE NORWICH ROMAN CATHOLIC | : | |
| DIOCESAN CORPORATION, ET AL. | : | |
|     Defendants | : | DECEMBER 3, 2003 |

## PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY THE DEFENDANT, THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure, the Plaintiff, Jane Doe, hereby objects to the Defendant, The Norwich Roman Catholic Diocesan Corporation's Motion to Dismiss dated November 20, 2003. In said motion, the Defendant Diocese adopts the arguments set forth in support of the Defendant St. Columba Church's Motion to Dismiss dated October 30, 2003. Therefore, the Plaintiff hereby adopts and incorporates herein by reference the arguments set forth in her Memorandum of Law in Opposition to the Motion to Dismiss Filed by the Defendant, St. Columba Church, dated December 3, 2003.

The Plaintiff argues in her Memorandum of Law in Opposition to the Motion to Dismiss Filed by the Defendant, St. Columba Church that the Motion to Dismiss should be denied or stricken as untimely. In addition to the facts and arguments set forth in that brief,

**ORAL ARGUMENT REQUESTED**

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230

which are adopted and incorporated herein by reference, the Plaintiff asserts that the Defendant Diocese did not file its Motion to Dismiss until November 21, 2003, 102 days after the August 11, 2003 due date for pleading after an amendment pursuant to Federal Rule 15(a). The Defendant Diocese did not seek any formal or information motions for extension of time, nor did it file a motion for relief under Rule 6(b)(2). The Diocese raised the identical arguments in it original Motion to Dismiss dated March 3, 2003 with regard to the Seventh and Tenth Counts as are raised in the current motion. Thus, there is no excuse for the delay in filing and the Motion to Dismiss should be denied or stricken on these grounds.

Wherefore, for the reasons above and for those described in the Plaintiff's Memorandum of Law in Opposition to the Defendant St. Columba Church's Motion to Dismiss, the Motion to Dismiss of the Defendant Diocese should be denied.

THE PLAINTIFF,
JANE DOE

By _____
HUBERT J. SANTOS
Federal Bar No. 00069
SANDRA L. SNADEN
Federal Bar No. 18586
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel. (860) 249-6548
Fax (860) 724-5533
Email: ssnaden@santos-seeley.net

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 3rd day of December, 2003 to:

Michael E. Driscoll, Esq.
Brown Jacobson, P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

John W. Sitarz, Esq.
Lorinda S. Coon, Esq.
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106

Daniel M. McCabe, Esq.
McCabe & Petrucci, LLC
1200 Summer Street
Stamford, CT 06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Sandra L. Snaden

3