UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | |
| | : | Civil No. 3:02-CV 1649 (GLG) |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| THE NORWICH ROMAN CATHOLIC | : | |
| DIOCESAN CORPORATION, | : | |
| ST. COLUMBA CHURCH and | : | |
| PATRICK J. SULLIVAN | : | |
| | : | |
| Defendants | : | DECEMBER 12, 2003 |

## REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The defendant, St. Columba Church, files this reply to the plaintiff's memorandum of law dated December 3, 2003 in opposition to the defendant's Motion to Dismiss dated October 30, 2003. The defendant filed the Motion to Dismiss on the basis that the plaintiff's most recent Amended Complaint still fails to state claims upon which relief can be granted in Counts Seven and Ten. This reply addresses the argument on pages 5-7 of the plaintiff's memorandum that the Motion to Dismiss is untimely. As to the other issues addressed in the plaintiff's memorandum, the defendant relies on its memorandum accompanying the Motion to Dismiss dated October 30, 2003.

LAW OFFICES  •  COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH  •  TEN COLUMBUS BOULEVARD  •  HARTFORD, CONNECTICUT 06106-5109  •  (860) 527-1141

## II.    BACKGROUND

On June 26, 2003, the court granted the defendant's Motion to Dismiss Count Seven and Count Ten without prejudice to the plaintiff's filing an amended complaint. (See Judge Goettel's ruling dated June 26, 2003). The plaintiff subsequently filed a Second Amended Complaint on August 1, 2003 in response to this ruling.  It should be noted that the plaintiff had already filed a Second Amended Complaint on February 26, 2003 and the latest amended complaint filed on August 1, 2003 is actually a third amended complaint.  In turn, the defendant, St. Columba Church filed a Motion to Dismiss dated October 30, 2003 on the basis that the most recent amended complaint still fails to state claims upon which relief can be granted in these counts. The plaintiff then filed its memorandum in opposition to this Motion to Dismiss on December 3, 2003.

## II.    ARGUMENT

### A.    The Defendant's Motion to Dismiss is Not Untimely Pursuant to the United States District Court District of Connecticut's Standing Order

Pursuant to the United States District Court District of Connecticut's Standing Order on Scheduling in Civil Cases 2(c), "All motions to dismiss based on the pleadings shall be filed within ninety (90) days after the filing of the complaint . . . ." The plaintiff filed the Amended Complaint in question on August 1, 2003.  The defendant's Motion to Dismiss dated October 30, 2003 is within the ninety-day period allowed by the local rules.  Therefore, the defendant's Motion to Dismiss is not untimely.

*LAW OFFICES* • **COONEY, SCULLY AND DOWLING**
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141

## III.    <u>CONCLUSION</u>

For the foregoing reasons, as well as those set forth in the defendant's Motion to Dismiss dated October 30, 2003, the Motion to Dismiss Counts Seven and Ten should be granted.

**DEFENDANT St. Columba Church**

BY _Lorinda S. Coon_

**Lorinda S. Coon**
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(860) 527-1141
Fed Bar # ct 06433

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on December 12, 2003 to:

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Michael E. Driscoll, Esq.
Brown Jacobson, P.C.
22 Courthouse Square
P. O. Box 391
Norwich, CT 06360

Daniel M. McCabe, Esq.
McCabe & Petrucci, LLC
1200 Summer Street
Stamford, CT 06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

_Lorinda S. Coon_

**Lorinda S. Coon**

4