UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE | : |
|     Plaintiff | : Civil No. 3:02-CV 1649 (GLG) |
| | : |
| VS. | : |
| | : |
| THE NORWICH ROMAN CATHOLIC | : |
| DIOCESAN CORPORATION, | : |
| ST. COLUMBA CHURCH and | : |
| PATRICK J. SULLIVAN | : |
| | : |
|     Defendants | : DECEMBER 12, 2003 |

MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS
AS TO COUNTS SEVEN AND TEN OF THE PLAINTIFF'S
THIRD AMENDED COMPLAINT *NUNC PRO TUNC*

The defendant, St. Columba Church, hereby respectfully moves the court for an extension of time as to the filing of its Motion to Dismiss dated October 30, 2003. This Motion to Dismiss Counts Seven and Ten was filed in response to the plaintiff's third Amended Complaint filed on August 1, 2003 following the court's decision to dismiss these counts as originally pleaded. The plaintiff has opposed the motion on the ground, *inter alia*, that it is untimely. The defendant believes that the new Motion to Dismiss was timely filed in accordance with the United States District Court District of Connecticut's Standing Order on Scheduling in Civil Cases 2(c). However, if this is not the case, the defendant moves the court to extend the time *nunc pro tunc* and to consider the Motion to Dismiss timely filed so that the issues can be fairly decided on their merits.

                                  **DEFENDANT, St. Columba Church**

BY _/s/ Lorinda S. Coon_
Lorinda S. Coon
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(860) 527-1141
Fed Bar # ct 06433

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on December 12, 2003 to:

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Michael E. Driscoll, Esq.
Brown Jacobson, P.C.
22 Courthouse Square
P. O. Box 391
Norwich, CT 06360

Daniel M. McCabe, Esq.
McCabe & Petrucci, LLC
1200 Summer Street
Stamford, CT 06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

_/s/ Lorinda S. Coon_
**Lorinda S. Coon**