

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION NO.: |
| Plaintiff | : | 302cv1649 (GLG) |
| | : | |
| v. | : | |
| | : | |
| THE NORWICH ROMAN CATHOLIC | : | |
| DIOCESAN CORPORATION, ET AL., | : | |
| Defendants | : | DECEMBER 16, 2003 |

## REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

The defendant, Norwich Roman Catholic Diocesan Corporation ("the Diocese") hereby respectfully files this Reply to the plaintiff's Memorandum of Law dated December 3, 2003, in opposition to the defendant's Motion to Dismiss dated November 20, 2003.  By way of pleading dated December 12, 2003, the co-defendant, St. Columba's Church, filed a reply to the plaintiff's Memorandum of Law in this matter.  The Diocese hereby adopts the arguments set forth in support St. Columba's Reply, as enumerated in St. Columba's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, dated December 12, 2003.

Accordingly, the Diocese hereby asserts and incorporates said arguments on its own behalf and to the same extent set forth in the co-defendant's Reply as support for the instant Reply.

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321

                                THE DEFENDANT,
                                NORWICH ROMAN CATHOLIC
                                DIOCESAN CORPORATION

By: _____
     Michael E. Driscoll, of
     Brown Jacobson P.C.
     22 Courthouse Square
     P.O. Box 391
     Norwich, CT 06360
     (860) 889-3321
     Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all pro se parties and counsel of record on this 16th day of December, 2003, as follows:

Hurbert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Daniel M. McCabe, Esq.
McCabe & Petrucci, LLC
1200 Summer Street
Stamford, CT 06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Lorinda S. Coon, Esq.
Cooney, Scully & Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

_____
Michael E. Driscoll

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE    P.O. BOX 391    NORWICH, CONNECTICUT 06360-0391
JURIS # 06537    (860) 889-3321