FILED

Dec 17  12 53 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE,<br>Plaintiff | : | CIVIL ACTION NO.:<br>302cv1649 (GLG) |
| v. | : | |
| THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION, ET AL.,<br>Defendants | : | DECEMBER 16, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS AS TO COUNTS SEVEN AND TEN OF THE PLAINTIFF'S THIRD AMENDED COMPLAINT *NUNC PRO TUNC*

The defendant, Norwich Roman Catholic Diocesan Corporation ("the Diocese") hereby respectfully moves for the court for an extension of time as to the filing of its Motion to Dismiss dated November 20, 2003. This Motion to Dismiss was filed in response to the plaintiff's Third Amended Complaint filed on August 1, 2003, following the court's decision to dismiss these counts as originally pleaded. The plaintiff has opposed the Motion on the ground, *inter alia*, that it is untimely. To the extent the court determines that the Motion to Dismiss was filed subsequent to the time permitted by the Federal Rules of Civil Procedure, the defendant respectfully moves the court to allow the defendant to file its Motion to Dismiss, *nunc pro tunc*,

and to consider the undersigned defendant's Motion to Dismiss timely filed so that the issues can be fairly decided on their merits.

THE DEFENDANT,
NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION

By: _____
Michael E. Driscoll, of
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT  06360
(860) 889-3321
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all pro se parties and counsel of record on this 16th day of December, 2003, as follows:

Hurbert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT  06106

Daniel M. McCabe, Esq.
McCabe & Petrucci, LLC
1200 Summer Street
Stamford, CT  06905

George Royster, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Lorinda S. Coon, Esq.
Cooney, Scully & Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106

_____
Michael E. Driscoll

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321