**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
JANE DOE,                          :
                                   :
        Plaintiff,                 :           ORDER
                                   :
    -against-                      :
                                   :      3: 02 CV 1649  (GLG)
THE NORWICH ROMAN CATHOLIC         :
DIOCESAN CORPORATION,              :
ST COLUMBA CHURCH and              :
PATRICK J. SULLIVAN,               :
                                   :
        Defendants.                :
-----------------------------------X
```

The motions for extension of time to file motions to dismiss as to Counts Seven and Ten of the Third Amended Complaint [Doc. #'s 54 & 56] is denied as moot in light of the scheduling order [Doc. # 21].

      **SO ORDERED.**

**Dated:    January 14, 2004**
          **Waterbury, CT**                    /s/
                                               **Gerard L. Goettel**
                                                 **U.S.D.J.**