```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
JANE DOE,                           :
                                    :
        Plaintiff,                  :
                                    :
    -against-                       :
                                    :    3: 02 CV 1649  (GLG)
THE NORWICH ROMAN CATHOLIC          :
DIOCESAN CORPORATION,               :
ST COLUMBA CHURCH and               :
PATRICK J. SULLIVAN,                :
                                    :
        Defendants.                 :
-----------------------------------X
```

**NOTICE TO COUNSEL**

The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, a judgment will be entered on **May 24, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Waterbury, Connecticut, March 23, 2004.

                              _____/s/_____
                              **GERARD L. GOETTEL**
                              **SENIOR UNITED STATES DISTRICT JUDGE**