UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE | CIVIL NO. 3:02 CV 1649 (GLG) |
| Plaintiff | |
| vs. | |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, ST. COLUMBA CHURCH AND PATRICK J. SULLIVAN | |
| Defendants. | APRIL 29, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to the parties agreement, the parties to the above-captioned Complaint hereby request that this Court dismiss Plaintiff's claims with prejudice. On or about March 2004, the parties reached a mutually agreeable resolution which included Plaintiff's agreement to seek a dismissal of this suit with prejudice. Accordingly, the parties hereby request that the Court dismiss Plaintiff's claims.

THE DEFENDANT, NORWICH ROMAN
CATHOLIC DIOCESAN CORPORATION,

By: _____
Michael E. Driscoll, Esq. ct#05364
Brown Jacobson P.C.
22 Courthouse Sq., P O Box 391
Norwich, CT 06360
(860) 889-3321
(860) 886-0673 (fax)
Its Attorneys

| DEFENDANT, ST. COLUMBA CHURCH, | DEFENDANT, ABBEY OF THE GENESEE, |
|---|---|
| By: _____<br>Jeffrey C. Pingpank, Esq.<br>Cooney, Scully & Dowling<br>Hartford Square North<br>10 Columbus Blvd<br>Hartford, CT 06106-5109 | By: _____<br>George D. Royster, Jr., Esq.<br>Halloran & Sage, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4303 |
| PATRICK J. SULLIVAN, | PLAINTIFF, JANE DOE, |
| By: _____<br>Daniel M. McCabe, Esq.<br>Eveleigh, McCabe & Schelz<br>1200 Summer St.<br>Suite 201C<br>Stamford, CT 06905 | By: _____<br>Sandra L. Snaden, Esq.<br>Santos & Seeley, P.C.<br>51 Russ Street<br>Hartford, CT 06106-1523 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all pro se parties and counsel of record on this Thursday, ~~April 29~~, 2004, as follows:

Sandra L. Snaden, Esq.  
Santos & Seeley  
51 Russ Street  
Hartford, CT 06106

Daniel M. McCabe, Esq.  
Eve, McCabe & Schelz  
Suite 201C  
1200 Summer St.  
Stamford, CT 06905

Jeffrey C. Pingpank, Esq.  
Cooney, Scully & Dowling  
Hartford Square North  
10 Columbus Blvd.  
Hartford, CT 06106-5109

George D. Royster, Jr., Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103-4303

_____  
Michael E. Driscoll

DEFENDANT, ST. COLUMBA CHURCH,

By: _____
Jeffrey C. Pingpank, Esq.
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Blvd
Hartford, CT 06106-5109

DEFENDANT, ABBEY OF THE GENESEE,

By: _____
George D. Royster, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

PATRICK J. SULLIVAN,

By: _____
Daniel M. McCabe, Esq.
Eveleigh, McCabe & Schelz
1200 Summer St.
Suite 201C
Stamford, CT 06905

PLAINTIFF, JANE DOE,

By: _____
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106-1523

| DEFENDANT, ST. COLUMBA CHURCH, | DEFENDANT, ABBEY OF THE GENESEE, |
|---|---|
| By: _____<br>Jeffrey C. Pingpank, Esq.<br>Cooney, Scully & Dowling<br>Hartford Square North<br>10 Columbus Blvd<br>Hartford, CT 06106-5109 | By: _____<br>George D. Royster, Jr., Esq.<br>Halloran & Sage, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4303 |

| PATRICK J. SULLIVAN, | PLAINTIFF, JANE DOE, |
|---|---|
| By: *[signature]*<br>Daniel M. McCabe, Esq.<br>Eveleigh, McCabe & Schelz<br>1200 Summer St.<br>Suite 201C<br>Stamford, CT 06905 | By: _____<br>Sandra L. Snaden, Esq.<br>Santos & Seeley, P.C.<br>51 Russ Street<br>Hartford, CT 06106-1523 |

DEFENDANT, ST. COLUMBA CHURCH,

By: _____
Jeffrey C. Pingpank, Esq.
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Blvd
Hartford, CT 06106-5109

DEFENDANT, ABBEY OF THE GENESEE,

By: _____
George D. Royster, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

PATRICK J. SULLIVAN,

By: _____
Daniel M. McCabe, Esq.
Eveleigh, McCabe & Schelz
1200 Summer St.
Suite 201C
Stamford, CT 06905

PLAINTIFF, JANE DOE,

By: _____
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106-1523

| DEFENDANT, ST. COLUMBA CHURCH, | DEFENDANT, ABBEY OF THE GENESEE, |
|---|---|
| By: /s/ Jeffrey C. Pingpank<br>Jeffrey C. Pingpank, Esq.<br>Cooney, Scully & Dowling<br>Hartford Square North<br>10 Columbus Blvd<br>Hartford, CT 06106-5109 | By: _____<br>George D. Royster, Jr., Esq.<br>Halloran & Sage, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4303 |

| PATRICK J. SULLIVAN, | PLAINTIFF, JANE DOE, |
|---|---|
| By: _____<br>Daniel M. McCabe, Esq.<br>Eveleigh, McCabe & Schelz<br>1200 Summer St.<br>Suite 201C<br>Stamford, CT 06905 | By: _____<br>Sandra L. Snaden, Esq.<br>Santos & Seeley, P.C.
51 Russ Street<br>Hartford, CT 06106-1523 |