**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JANE DOE

-vs-                                                                  Civil No. 3:02 cv 1649 (GLG)

THE NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION,
ST. COLUMBIA CHURCH AND
PATRICK J. SULLIVAN

<u>ORDER</u>

_____The Parties' Stipulation of Dismissal (Doc. #60) is hereby ORDERED ACCORDINGLY.

    SO ORDERED.

    Dated at New Haven, Connecticut, May 25, 2004.

                                    KEVIN F. ROWE
                                    Clerk, U.S. District Court


                                    By_____
                                        Patricia A. Villano
                                        Deputy Clerk